UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **ROSE MEYER** | * | **CIVIL ACTION NO. 12-0043** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **FRED M. BAYLES, ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

### ORDER

On April 12, 2012, the undersigned magistrate judge recommended that the above-captioned matter be dismissed for lack of subject matter jurisdiction because of plaintiff's failure to amend her complaint to affirmatively allege the principal place of business of defendant Arbor Terrace of Louisiana, Inc. *See* April 12, 2012, Report and Recommendation [doc. # 10]. Given plaintiff's recent amendment [doc. # 11], the undersigned finds that the court has subject matter jurisdiction over this action via diversity. 28 U.S.C. § 1332. Accordingly, the Report and Recommendation [doc. # 10] is hereby WITHDRAWN.

IT IS SO ORDERED.

THUS DONE AND SIGNED in Chambers at Monroe, Louisiana, this 26th day of April 2012.

KAREN L. HAYES
U. S. MAGISTRATE JUDGE