UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| ROSE MEYER | * | CIVIL ACTION NO.  12-0043 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| FRED M. BAYLES, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED** that the motion to dismiss for failure to state a claim upon which relief can be granted [Doc. # 5] filed by defendant Susan Swinea is hereby **GRANTED**, and judgment is entered in favor of defendant and against plaintiff, Rose Meyer, **DISMISSING, with prejudice**, plaintiff's claim against Swinea.  Fed. R. Civ. P. 12(b)(6).

THUS DONE AND SIGNED in Monroe, Louisiana, this 28th day of June, 2012.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE